377 A.2d 982

BASF Wyandotte Corporation v. Foam Pak Corporation et al., Appellants.

Argued June 21, 1977. Jack H. Land, and Bobrin, Land and Shore, submitted a brief for appellants; Joseph S. Moloznik, with him Fell, Spalding, Goff & Rubin, for appellee.

Order affirmed.